UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| William E. Singletary, Jr., | ) | Civil Action No. 9:11-2658-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Adell Dobey, Ronald Carter, Officer | ) | **OPINION AND ORDER** |
| Michael Butts, Corp. Mark Pica, Lieutenant | ) | |
| Mike Cockrell, Captain Chris Wash, | ) | |
| Sergeant Michael Raffield, Lt. Jagger, Lt. | ) | |
| Hall, C-O Joshua Jones C-O Prince, Deputy | ) | |
| Florida, Sgt. Kyther Potts, Southern Health | ) | |
| Partners a/k/a Health Partner's, Dr. Tami Y. | ) | |
| Massey, and Edgefield Hospital, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff William E. Singletary, Jr., ("Plaintiff"), proceeding *pro se*, brought this action

pursuant to Title 42, United States Code, Section 1983. (ECF No. 1.) In accordance with 28 U.S.C.

§ 636(b) and Local Civil Rule 73.02(B), D.S.C., this matter was referred to United States Magistrate

Judge Bristow Marchant for pre-trial handling and a Report and Recommendation. On February 25,

2013, Defendants filed a motion for summary judgment. (ECF No. 142, 143.) Since Plaintiff is *pro*

*se* in this matter, the Court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir.

1975) on February 26, 2013, advising Plaintiff of the importance of a dispositive motion and of the

need for him to file an adequate response. (ECF No. 144.) Plaintiff filed his opposition on April

15, 2013. (ECF No. 149.)

On April 22, 2013, Magistrate Judge Marchant issued a Report recommending that

Defendants' motion for summary judgment be granted and this case be dismissed. (ECF No. 152.)

The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to

the Report and Recommendation and the serious consequences if he failed to do so. (ECF No. 152 at 26.) Plaintiff filed no objections and the time for doing so expired on May 9, 2013.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court reviews the Report and Recommendation only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After reviewing the motion and response, the record, and the Report and Recommendation of the Magistrate Judge, the Court finds no clear error. Accordingly, the Court adopts and incorporates the Report and Recommendation (ECF No. 152) by reference into this order. It is therefore ORDERED that Defendants' motion for summary judgment is GRANTED and this case dismissed.

IT IS SO ORDERED.

s/Mary G. Lewis_____
United States District Judge

Spartanburg, South Carolina
May 23, 2013

-2-